IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO McKINNEY

      Petitioner,                    No. CIV S-09-1650 GGH (TEMP) P

   vs.

J. WALKER

      Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).[1]

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

---

[1] Because petitioner consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c), the undersigned has authority to determine whether a certificate of appealability should issue.

Fed. R. App. P. 22(b).

      For the reasons set forth in the order entered June 10, 2010, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, the court declines to issue a certificate of appealability issue in this action.

      IT IS SO ORDERED.

DATED: February 7, 2011

                  /s/ Gregory G. Hollows

                  GREGORY G. HOLLOWS
                  UNITED STATE MAGISTRATE JUDGE

GGH:hm
mcki1650.coa