IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO MCKINNEY,

    Petitioner,        No. 2:09-cv-1650 GGH P

    vs.

J. WALKER,

    Respondent.      <u>ORDER</u>

_____/

    This petition for writ of habeas corpus was denied on June 10, 2010, and judgment entered accordingly. The court also notes that petitioner's request for a certificate of appealability in this matter was denied by the Ninth Circuit on March 1, 2012. Petitioner's present filing, entitled "request to acknowledge receipt of recusal motion," filed on August 13, 2012, is not germane to the present posture of this closed case and does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 petitions. Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: August 20, 2012

                            /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
mcki1650.158ggh